```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NANG H. MOO,
                                                                JUDGMENT
                                                                19-cv-4908 (NG)
                        Petitioner,

        -against-

LEEF. BOWES, in his official capacity as New York
District Director, United States Citizenship and
Immigration Services,

                        Respondent.
------------------------------------------------------------X
```

An Order of Honorable Nina Gershon, United States District Judge, having been filed on December 4, 2019, dismissing this action with prejudice, with each party to bear its own costs, expenses, and fees; it is

ORDERED and ADJUDGED that this action is dismissed with prejudice, with each party to bear its own costs, expenses, and fees.

Dated: Brooklyn, New York  
      December 6, 2019

Douglas C. Palmer  
Clerk of Court

by:   */s/ Jalitza Poveda*  
     Deputy Clerk